FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2014

No. 04-14-00751-CV

Josefina Alexander **GONZALEZ**, et al.,
Appellants

v.

Raymond **DE LEON**, et al.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record for this appeal has filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing and pay for the record. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; and (2) the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than two weeks after the date appellant's written proof is filed with this court.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court